UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEVO, INC., et al.,

                Plaintiffs,

      -against-                                            09 Civ. 2237 (LAK)

CYCLONE FITNESS, LLC, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED #: 6/2/09*

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Max Gitter, Esq., of the firm of Cleary Gottlieb Steen & Hamilton, LLP, is hereby appointed special master for the purpose of attempting to mediate a resolution of this dispute. Mr. Gitter graciously has agreed to do accept this appointment without charge.

      The parties shall contact Mr. Gitter promptly to arrange for the start of mediation.

      The status conference previously scheduled for June 5, 2009 is postponed indefinitely pending mediation efforts. Any party may seek the Court's intervention at any time.

      SO ORDERED.

Dated:     June 2, 2009

                                                           Lewis A. Kaplan
                                                 United States District Judge