UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

JEVO, INC., et al.,

                Plaintiffs,

    -against-                                        09 Civ. 2237 (LAK)

CYCLONE FITNESS LLC, et al.,

                Defendants.
------------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge.*

        Plaintiff's motion for a default judgment against defendant Cyclone Fitness LLC is granted to the extent that the well-pleaded factual allegations of the complaint are deemed admitted and plaintiff is entitled to judgment as to liability. The Court, however, reserves determination of damages and other relief pending disposition of the case as to the remaining defendants.

        SO ORDERED.

Dated:     November 3, 2009

                                                          Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/3/09